**Order entered January 23, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01099-CV

### LYNNE DUGGAN, Appellant

### V.

### TANGLEWOOD VILLA OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0304**

## ORDER

Before the Court is appellant's January 19, 2017 second pro se motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by **FEBRUARY 22, 2017**. We caution appellant that further requests for extension of time will be disfavored.

/s/ CRAIG STODDART
   JUSTICE